# United States Court of Appeals for the Federal Circuit

———————————

July 30, 2025

**ERRATA**

———————————

Appeal No. 2024-1770

**GARLAND WILLIAMSON,**
*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

———————————

Decided: July 16, 2025
Nonprecedential Per Curiam Opinion

———————————

Please make the following change:

On page 2, line 31, replace "35 U.S.C. § 503" with "38 U.S.C. § 503".